[No. 13015–7–II.  Division Two.  October 22, 1990.]

WILLIAM ROBERTSON, ET AL, *Appellants,* v. MOUNT
ST. HELENS MOTORCYCLE CLUB, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 85–2–00117–7, Don L. McCulloch, J.,
entered June 6, 1989. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Alexander, C.J., and
Worswick, J.

[No. 12788–1–II.  Division Two.  October 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BYRON R.
LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 88–1–00776–4, Barbara D. Johnson, J., entered
March 30, 1989. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Alexander, C.J., and Reed, J.
Pro Tem.

[No. 12767–9–II.  Division Two.  October 23, 1990.]

*In the Matter of the Marriage of* CHRISTOPHER JUSTICE
DYSART, *Appellant, and* LINDA CATHERINE DYSART,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 88–3–00752–6, Brian M. Tollefson, J., entered
April 17, 1989. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Petrich, A.C.J., and Reed, J. Pro
Tem.